HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK DARREN BERG,

                    Petitioner,

     v.

UNITED STATES,

                   Respondent.

CASE NO. C13-246 RAJ

ORDER

This matter comes before the court on petitioner Frederick Darren Berg's motion to toll the deadline to file a motion for reconsideration of the court's order denying discovery.  Dkt. # 15.  Petitioner has also filed an amended motion to equitably toll guidelines, in which he requests an order tolling the deadline to file a motion for reconsideration to the court's order denying discovery and to file a reply to the Government's response.  Dkt. # 17.

The court denies petitioner's request to toll the deadline for a motion for reconsideration.  Petitioner has not provided the court with any legal authority that would support such a motion, especially where motions for reconsideration are disfavored and ordinarily denied absent a showing of manifest error or new facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence. Local Rules W.D. Wash CR ("LCR") 7(h).  With respect to his amended motion, the

court finds that an extension is warranted for petitioner's reply in the interests of justice. Currently, Government's response was filed on June 11, 2013.  Dkt. # 14.  Given that petitioner will be in the special housing unit until July 14, 2013, the court will allow petitioner to file a reply no later than August 16, 2013.  The petition shall be noted for consideration on August 16, 2013.

For all the foregoing reasons, the court DENIES plaintiff's motion for extension of time to file a motion for reconsideration (Dkt. # 15) and GRANTS in part and DENIES in part plaintiff's motion for extension to file a reply to the Government's response (Dkt. # 17).

Dated this 25th day of June, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2